| People v Mesko | 3d Dept: 150 AD3d 1412 (Tompkins) | denied 8/18/17 (Garcia, J.) |
|---|---|---|
| People v Middleton | 1st Dept: 151 AD3d 491 (NY) | denied 8/25/17 (Garcia, J.) |
| People v Miller | App Div, 2d Dept: 2017 NY Slip Op 68569(U) (Queens) | dismissed 8/18/17 (Wilson, J.) |
| People v Mills | 4th Dept: 151 AD3d 1744 (Niagara) | denied 8/22/17 (DiFiore, Ch. J.) |
| People v Mitchell | 1st Dept: 149 AD3d 653 (NY) | denied 8/15/17 (DiFiore, Ch. J.) |
| People v Molly | 4th Dept: 151 AD3d 1725 (Cayuga) | denied 8/16/17 (Rivera, J.) |
| People v Mone | 4th Dept: 151 AD3d 1727 (Erie) | denied 8/18/17 (DiFiore, Ch. J.) |
| People v Monet | App Term, 1st Dept: 55 Misc 3d 145(A) (NY) | denied 8/15/17 (Garcia, J.) |
| People v Monroe | App Term, 1st Dept: 56 Misc 3d 127(A) (NY) | denied 8/16/17 (Rivera, J.) |
| People v Moore | 3d Dept: 149 AD3d 1349 (Albany) | denied 8/16/17 (Rivera, J.) |
| People v Mullings | App Div, 3d Dept: 2017 NY Slip Op 65166(U) (Albany) | denied reconsideration 8/23/17 (Fahey, J.) |
| People v Nadal | App Div, 2d Dept: 2017 NY Slip Op 76181(U) (Westchester) | dismissed 8/22/17 (Stein, J.) |
| People v Newton* | 2d Dept: 149 AD3d 874 (Queens) | denied 7/6/17 (Garcia, J.) |
| People v Niccloy | 4th Dept: 151 AD3d 1740 (Genesee) | denied 8/22/17 (DiFiore, Ch. J.) |
| People v Nwajei | 4th Dept: 151 AD3d 1963 (Cayuga) | denied 8/21/17 (Stein, J.) |
| People v Oddy | 3d Dept: 144 AD3d 1322 (Saratoga) | denied 8/24/17 (Fahey, J.) |
| People v Oden | 2d Dept: 150 AD3d 1269 (Nassau) | denied 8/18/17 (Garcia, J.) |
| People v Ortiz | 2d Dept: 151 AD3d 754 (Nassau) | denied 8/15/17 (Garcia, J.) |
| People v Ostoloza | 1st Dept: 150 AD3d 475 (NY) | denied 8/28/17 (DiFiore, Ch. J.) |
| People v Oswold | 4th Dept: 151 AD3d 1756 (Ontario) | denied 8/18/17 (Wilson, J.) |
| People v Owens | 1st Dept: 151 AD3d 520 (NY) | denied 8/28/17 (Stein, J.) |
| People v Pacheco | 4th Dept: 151 AD3d 1779 (Monroe) | denied 8/17/17 (Garcia, J.) |
| People v Palmer | App Div, 2d Dept: 2017 NY Slip Op 64667(U) (Richmond) | dismissed 8/17/17 (DiFiore, Ch. J.) |

* Omitted from July 2017 list.